Michelle DeLappe, AKBA # 1602004
GARVEY SCHUBERT BARER, P.C.
1191 Second Avenue, Suite 1800
Seattle, WA 98101
Tel: (206) 816-1403
Fax: (206) 464-0125
mdelappe@gsblaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CP SALMON CORPORATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, JR., in his official capacity as Secretary of the United States Department of Commerce, et al, <br><br> Defendants. | Case No. 3:16-cv-00293-TMB <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE <br><br> *Clerk's Action Required* |

Plaintiffs, by and through their attorneys, hereby give notice of voluntary dismissal of this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dismissal without a court order is appropriate under FRCP 41(a)(1)(A)(i) because Defendants have not served an answer or a motion for summary judgment.

DATED this 13th day of February, 2019.

    *s/ Michelle DeLappe*
Michelle DeLappe, AKBA #1602004
Eighteenth Floor, 1191 Second Avenue
Seattle, Washington 98101-2939
Phone: (206) 464-3939
Fax: (206) 464-0125
Email: mdelappe@gsblaw.com

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE     Page 1 of 2
*CP Salmon Corporation et al v. Ross, et al*, Case No. 3:16-cv-00293-TMB
Case 3:16-cv-00293-TMB    Document 18    Filed 02/13/19    Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019, I caused to be electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE with the Clerk of the Court using the CM/ECF system which causes parties who are registered ECF participants to be served by electronic means.

Dated this 13th day of February, 2019, at Seattle, Washington.

GARVEY SCHUBERT BARER, P.C.

By: *s/Bonnie Rakes*
Bonnie Rakes

GARVEY SCHUBERT BARER, P.C.
Eighteenth Floor
1191 Second Avenue
Seattle, Washington 98101-2939
(206) 464-3939

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE Page 2 of 2
*CP Salmon Corporation et al v. Ross, et al*, Case No. 3:16-cv-00293-TMB
Case 3:16-cv-00293-TMB   Document 18   Filed 02/13/19   Page 2 of 2